UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-23214-CIV-O'SULLIVAN

[CONSENT CASE]

MELVIS BERLANGA and
others similarly situated,

     Plaintiff,

vs.

ALPHA PAINTING & PRESSURE
CLEANING SERVICES, INC., et al.,

     Defendants.

_____/

**ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE**

THIS MATTER came before the Court sua sponte following a settlement

conference on March 25, 2009 and the Court having conducted a hearing concerning

the settlement.

THE COURT has heard from counsel and considered the terms of the

Settlement Agreement, the pertinent portions of the record, and is otherwise fully

advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair

Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an

FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and

determine that the settlement is a "fair and reasonable resolution of a bona fide dispute

over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53

(11th Cir. 1982).  A settlement entered into in an adversarial context where both sides

are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues."  Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation.  Id. at 1354.

In this case, there is a bona fide factual dispute over the hours worked by the plaintiff. The Court finds that the compromise reached by the parties under the terms of the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement is hereby **APPROVED**.  It is further

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. It is further

ORDERED AND ADJUDGED that the Court retains jurisdiction to enforce the settlement through **June 16, 2009**.

The Clerk of Court is directed to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this **26th** day of March, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record

2